IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action: 14-cv-02888-WJM-CBS         Date: February 26, 2015
Courtroom Deputy: Amanda Montoya          FTR – Reporter Deck-Courtroom A402

*Parties:*                                *Counsel:*

GABRIEL URUETA,                           Rosemary Orsini (by telephone)

Plaintiff,

v.

HOSPITAL SHARE SERVICES INC,              Patrick Miller
                                          Beth Lennon

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 09:56 a.m.**
Court calls case. Appearances of counsel.

Discussion regarding *Defendant's Unopposed MOTION [20] to Stay Proceedings Pending Arbitration.* The court believes the better course of action would be to administratively close the case.

**ORDERED:** *Defendant's Unopposed MOTION [20] to Stay Proceedings Pending Arbitration* is **DENIED**.

The court directs the Clerk's Office to administratively close this case.

Hearing concluded.

**Court in recess: 10:02 a.m.**
Total time in court:    00:06

To order transcripts of hearings please contact Avery Woods Reporting at (303) 825-6119.